UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACKSON LONG,<br><br>        Plaintiff,<br><br>    v.<br><br>ASAP COLLECTION SVC. LLC,<br><br>        Defendant. | Case No. 16-cv-01891-MEJ<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

    The Court is in receipt of Plaintiff Jackson Long ("Plaintiff")'s Ex Parte Request for a continuance of the initial Case Management Conference scheduled for July 14, 2016. Dkt. No. 7. Plaintiff requests the Conference be continued for 90 days. *Id.*

    **IT IS HEREBY ORDERED** that, pursuant to Federal Rule of Civil Procedure 16(b) and Civil Local Rule 16-10, a Case Management Conference will be held in this case before the Honorable Maria-Elena James **on September 8, 2016** at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102. This conference shall be attended by <u>lead trial counsel</u> for parties who are represented. Parties who are proceeding without counsel must appear personally.

    **IT IS FURTHER ORDERED** that no later than seven calendar days before the Case Management Conference, the parties shall file a Joint Case Management Statement containing the information in the Standing Order for All Judges in the Northern District of California, available at: http://cand.uscourts.gov/mejorders. The Joint Case Management Statement form may be obtained at: http://cand.uscourts.gov/civilforms. If the statement is e-filed, no chambers copy is required.

    <u>Plaintiff must serve a copy of this Order on Defendant and by August 11, 2016, file with the Court a related proof of service or a status report as to why Defendant has not been served.</u>

1  Additionally, in the future, all requests or motions to change time must comply with Civil Local
2  Rule 6 and specifically Civil Local Rule 6-3, which requires among other things, a proposed order
3  and a declaration setting forth "with particularity" the reasons for the requested enlargement of
4  time, the efforts to obtain a stipulation to change time, and the substantial harm or prejudice that
5  would occur if the Court did not change the time.
6  **IT IS SO ORDERED.**

8  Dated: July 6, 2016

    _____
    MARIA-ELENA JAMES
    United States Magistrate Judge