Your Name: **Jackson Long**

Address: 5424 Sunol Blvd. Ste. 10-197 Pleasanton CA, 94566

Phone Number: **(925) 895-5386**

Fax Number: N/A

E-mail Address: **jksnlaw@gmail.com**

*Pro Se Plaintiff*

# United States District Court
## Northern District of California

| | |
|---|---|
| Jackson Long, Lynne Long | Case Number: **16-cv-01891-MEJ** |
| Plaintiff(s), | **NOTICE OF VOLUNTARY DISMISSAL** |
| vs. | |
| ASAP Collection Services LLC | |
| Defendant(s). | |

TO THE HONORABLE COURT, ALL PARTIES HEREIN AND THEIR RESPECTIVE COUNSEL OF RECORD:

I am the Plaintiff in this matter and I voluntarily dismiss this lawsuit pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Such dismissal shall be without prejudice, with each side to bear its own costs and fees.

Date: 8/26/2016   Sign Name: *[signatures]*

Print Name: Jackson Long, Lynne Long

VOLUNTARY DISMISSAL; Case No. **16-cv-01891-MEJ**

**Justice & Diversity**
OF THE BAR ASSOCIATION OF SAN FRANCISCO

# CERTIFICATE OF SERVICE

*Use this form to show that a paper or document (other than a complaint) was served (sent or delivered) to an opposing party in accordance with Federal Rule of Civil Procedure 5. A different form is needed to serve a complaint under Federal Rule of Civil Procedure 4.*

**Case name**: Long v ASAP

**Case number**: 16-cv-01891-MEJ

**What document was served?** *(Write the full name or title of the document or documents, e.g., "Plaintiff's Opposition to Defendant's Motion for Summary Judgment.")*

Title(s): Notice of Voluntary Dismsissal

**How was the document served?** *(Check one.)*
- [x] Placed in U. S. Mail
- [ ] Sent by fax
- [ ] Hand-delivered
- [ ] Sent by delivery service (e.g., FedEx or UPS)

**To whom was the document sent?** *(Write the full name, address, and fax number of everyone who was sent the document. Usually, they will be the lawyers for the opposing parties.)*

Law Ofc. Tom Fier 675 Mariners Island Blvd #106 San Mateo, CA 94404

**When were the documents served?** *(When were they mailed, faxed, or delivered?)*

Date: 8/26/2016

**Who served the documents?** *(Whoever puts it into the mail, faxes, hand-deliveres, or sends by delivery service should print his/her name, address and sign. You can also do this yourself.)*

I declare under penalty of perjury under the laws of the United States of America that the information in this certificate of service is true and correct.

Signature: *[signatures]*

Printed name: Jackson Long  Lynne Long

Address: 5424 Sunol Blvd. Ste. 10-197 Pleasanton CA, 94566

CERTIFICATE OF SERVICE  [JDC TEMPLATE]                                           Rev. 6/2013